| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | GRANT P. FONDO (CABN 181530)<br>Assistant United States Attorney |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 6 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 7 | E-Mail: grant.fondo@usdoj.gov |
| 8 | Attorneys for Plaintiff |

FILED
JUL 1 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
PEDRO GODINEZ CHAVEZ,
    a/k/a Peter Chavez Godinez,
    a/k/a Peter Chavez,
    a/k/a Raul Fuentes Chavez,
    Defendant.

No. CR 05-00625 EXE

MOTION TO DISMISS INDICTMENT WITH PREJUDICE; [~~PROPOSED~~] ORDER

The United States Attorney for the Northern District of California, through the undersigned attorney, moves this Court to dismiss, with prejudice, the above-numbered indictment.

DATED: July 12, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
GRANT P. FONDO
Assistant United States Attorney

U.S. v. CHAVEZ, CR 05-00625

**ORDER**

For good cause shown, the Court grants the government's motion to dismiss, with prejudice, the above-captioned indictment, CR 05-00625.

Date: 7/16/12

*Lucy H. Koh*
United States District Judge